[No. 6993–8–II.   Division Two.   April 19, 1985.]

LaDonna Moe, *Appellant,* v. Rodeway Inns of America, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82–2–03754–6, Thomas A. Swayze, Jr., J., entered March 11, 1983. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Reed, J.

[No. 6789–7–II.   Division Two.   April 19, 1985.]

The State of Washington, *Respondent,* v. Gerald E. Robeson, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 8141, Alan R. Hallowell, J., entered December 3, 1982. *Affirmed in part, vacated in part,* and *remanded* by unpublished opinion per Reed, A.C.J., concurred in by Petrich and Alexander, JJ.

[No. 13509–1–I.   Division One.   April 22, 1985.]

The State of Washington, *Respondent,* v. Eddwynn Jordan, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–02564–6, Shannon Wetherall, J., entered July 14, 1983. *Affirmed* by unpublished opinion per Williams, J., concurred in by Scholfield, A.C.J., and Swanson, J.